**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 17-1418 MRW | Date | January 8, 2019 |
|---|---|---|---|
| Title | Morales v. FCA US | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | | Attorneys Present for Defendant / Respondent: |
| None present | | None present |

**Proceedings:** ORDER RE: DEFECTIVE MOTIONS / ORDER TO SHOW CAUSE

1. Plaintiffs filed 13 motions in limine in anticipation of the trial in this Song-Beverly Act case. (Docket # 33-45.) A representative sampling of the motions (they're formulaic, and I don't have time to read all of them) reveals that the submissions violate the Local Rules of Court and Judge Wilner's posted procedures. The motions are dismissed without prejudice.

2. What's wrong? Well, let's start with Local Rules 7-3 and 7-4. Those provisions require the lawyers on each side to discuss the substance of a proposed motion – before it's filed – to determine whether the issue even needs judicial intervention. Plaintiffs did not include the required statement regarding a pre-filing meeting in the motion. "The Court may decline to consider a motion unless it meets the requirements of L.R. 7-3." (L.R. 7-4.) I decline.

3. Judge Wilner's online procedure memo states that motions in limine will be heard at the pretrial conference. (MRW Procedures at "Trial Preparation" ¶ 1.) This case was recently transferred to Judge Wilner – no pretrial or trial dates have been set yet, nor have the parties requested a status conference. As a result, the motions don't request a hearing on a particular date. What's the point of filing motions for an unknown date before an unscheduled trial?

4. And my procedural order couldn't be clearer: "All motions in limine [ ] must be filed in a joint format." (Id.) Plaintiffs didn't even try to comply with this obligation, as the motions consist solely of one-sided submissions.

5. Defendant FCA need not respond to these premature and defective motions.

6. Ms. Underwood will respond to this order, though. She signed the motions and the accompanying declarations without complying with the basic provisions discussed above.

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 17-1418 MRW | Date | January 8, 2019 |
|---|---|---|---|
| Title | Morales v. FCA US | | |

Ms. Underwood (or any other lawyer at the Wirtz or Knight law firms who put her in harm's way) is ordered to show cause why the Court shouldn't impose sanctions in this matter. The responding attorney will file a declaration (NTE five pages) by Monday, January 14, explaining how we got here.