**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Attorneys for Plaintiffs,
**MARIA MORALES and JESSICA OCAMPO**

**ONGARO PC**
Scott S. Shepardson (SBN 197446)
sshepardson@ongaropc.com
1604 Union Street
San Francisco, CA 94123
Telephone: (415) 433-3900
Fax: (415) 433-3950
Attorneys for Defendant,
**FCA US LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORALES and JESSICA OCAMPO,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO : 8:17-cv-01418-MRW**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Honorable Judge Michael R. Wilner |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Defendant (jointly referred to as the "Parties"), by and through their counsel of record, hereby provide notice to the Court that they have reached a settlement in principle in the above referenced matter. The Parties request that the Court vacate any upcoming hearings and deadlines while settlement is pending.

Once all terms of the settlement are completed and payment is received by the Plaintiffs, including payment of both the settlement funds and Plaintiffs' attorneys' fees, cost and expenses, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

| IT IS SO STIPULATED: | Respectfully Submitted, |
|---|---|
| Dated: September 2, 2021 | **KNIGHT LAW GROUP, LLP** |
| | /s/ *Steve Mikhov* <br> Steve Mikhov <br> Attorneys for Plaintiffs <br> MARIA MORALES and <br> JESSICA OCAMPO |
| Dated: September 2, 2021 | **ONGARO PC** |
| | /s/ *Scott S. Shepardson* <br> Scott S. Shepardson <br> Attorneys for Defendant <br> FCA US LLC |